County (John Collins, J.), rendered on May 22, 1984, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (*See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Sullivan, J. P., Carro, Fein, Kassal and Rosenberger, JJ.

■ SALLY HAMMER, Respondent, v ARTHUR HAMMER, Appellant. — Order, Supreme Court, New York County (Stanley Ostrau, J.), entered on January 28, 1985, unanimously affirmed, without costs and without disbursements and motion to strike appellant's brief and for other relief denied. No opinion. Concur — Sullivan, J. P., Carro, Fein, Kassal and Rosenberger, JJ.